■ In the Matter of ALLEN PITCHER, Appellant, v ROBERT DENNISON, as Chairman of New York State Division of Parole, Respondent. [815 NYS2d 879]—Appeal from a judgment of the Supreme Court, Wyoming County (Mark H. Dadd, A.J.), entered March 28, 2005 in a proceeding pursuant to CPLR article 78. The judgment dismissed the petition.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs as moot (*see Matter of Ansari v Travis*, 9 AD3d 901 [2004], *lv denied* 3 NY3d 610 [2004]). Present—Pigott, Jr., P.J., Kehoe, Gorski, Green and Pine, JJ.

■ NANCY J. CLARK, Appellant, v STATE OF NEW YORK, Respondent. [816 NYS2d 397]—Appeal from a judgment of the Supreme Court, Oneida County (John W. Grow, J.), entered August 31, 2004. The judgment, upon a jury verdict in favor of defendant and against plaintiff, awarded defendant costs and disbursements.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs. Present—Pigott, Jr., P.J., Kehoe, Gorski, Green and Pine, JJ.